No. 245. CUDAHY PACKING Co. *v.* FLEMING, ADMINISTRATOR, WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. James V. Hayes* and *Robert E. Sher* for petitioner. *Assistant Solicitor General Fahy* and

*Messrs. Warner W. Gardner, Gerard D. Reilly, Irving J. Levy,* and *Miss Bessie Margolin* for respondent. 